Randall B. Bateman (USB6482)
Perry S. Clegg (USB 7831)
**BATEMAN IP LAW GROUP**
8 East Broadway, Suite 550
Salt Lake City, Utah, 84110
Telephone: (801) 533-0320
Facsimile: (801) 533-0323
Email: mail@utah-ip.com

Attorneys for Plaintiff
The Modellers, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE MODELLERS, LLC, a Utah Limited Liability Company, | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Plaintiff, | |
| vs. | |
| DECISION ANALYST, INC., a Texas Corporation | Case No. 2:05-CV-00716-TS |
| Defendant. | Judge Ted Stewart |

Plaintiff hereby voluntarily dismiss WITHOUT PREJUDICE their action against the above named Defendant.

    Respectfully submitted,

    DATED this 3rd day of March, 2006.

        BATEMAN IP LAW GROUP

        ___/s/Randall Bateman__
        Randall B. Bateman
        Perry S. Clegg

        *Attorneys for Plaintiff*